UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINCLAIR WILLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, a government entity; DAVID CUNEO, individually; ADAM TEDFORD, individually; and DOES 1 through 20, inclusive, individually, jointly, and severally,<br><br>    Defendants. | No. 2:13-cv-01671-MCE-EFB<br><br>**MEMORANDUM AND ORDER** |

On September 4, 2014, an Order of this Court was electronically filed granting in part Defendants' Motion to Dismiss with leave to amend. See ECF No. 22. The Court made clear, however, that if no amended complaint was filed within twenty (20) days of the filing of that Order, the causes of action dismissed by virtue of that Order would be dismissed with prejudice upon no further notice to the parties.

///

///

////

///

///

1

No amended complaint has been filed. Accordingly, pursuant to the Court's prior Order, the causes of action dismissed by that Order are now DISMISSED with prejudice.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT